IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-464-PSF-BNB

KENNETH FLOREY, personal representative for Ena E. Cole,

Plaintiff,

v.

THE TIMKEN COMPANY, and
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a subsidiary of CIGNA
corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the request of the parties,

IT IS HEREBY ORDERED that the Settlement Conference set for June 29, 2005, is
**vacated and reset to August 30, 2005, at 3:30 p.m.,** in Chambers A-442, Alfred A. Arraj
United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that
anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show
a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the
Settlement Conference** who shall have **full authority** to negotiate all terms and demands
presented by the case, and **full authority** to enter into a settlement agreement, including an
adjustor if an insurance company is involved.  This requirement is not satisfied by the presence
of counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format
addressed to Boland_Chambers@cod.uscourts.gov., on or before **August 23, 2005**.  **In addition,
each Confidential Settlement Statement must contain a specific offer of compromise,
including the dollar amount each client will accept or pay in settlement and any essential
non-economic terms.**  Failure to submit Confidential Settlement Statements on time may result
in the Settlement Conference being vacated.