IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00464-PSF-BNB

KENNETH FLOREY,
PERSONAL REPRESENTATIVE FOR
ENA E. COLE,

       Plaintiff,

v.

THE TIMKEN COMPANY and
CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
A SUBSIDIARY OF CIGNA CORPORATION

## STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties have settled this action and hereby stipulate to the dismissal of the within matter, with prejudice, with each party to bear their respective costs. The Court retains jurisdiction to enforce the terms of settlement.

| s/ Monica S. McElyea | s/ Jeffrey D. Zimon |
|---|---|
| Monica S. McElyea | Jeffrey D. Zimon |
| HELMER & MCELYEA, LLC | BENESCH, FRIEDLANDER, COPLAN & |
| 611 Main Street, P.O. Box 868 | ARONOFF LLP |
| Frisco, CO 80443 | 200 Public Square, Suite 2300 |
| (970) 668-0181 | Cleveland, OH 44114-2378 |
| | (216) 363-4500 |

***Attorney for Plaintiff***

                                              *-and-*

s/ Jack M. Englert, Jr.
Jack M. Englert, Jr.
HOLLAND & HART, LLP
8390 East Crescent Parkway, # 400
Greenwood Village, CO 80111-2800
(303) 290-1606

**Attorney for Defendant Connecticut General Life Insurance Company**

s/ Elizabeth S. McKelvey
Elizabeth S. McKelvey
FAEGRE & BENSON, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
(303) 607-3500

**Attorneys for Defendant The Timken Company**

ENTERED BY:

*s/ Phillip S. Figa*

_____
The Hon. Phillip S. Figa
United States District Court Judge

November 2, 2005